Certificate Number: 17082-CAC-DE-028025086

Bankruptcy Case Number: 16-16603



17082-CAC-DE-028025086

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 7, 2016, at 12:50 o'clock PM MST, ERNIE E MACIAS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   September 7, 2016                By:     /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director